1  MICHELE BECKWITH
   Acting United States Attorney
2  ARIN C. HEINZ
   Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                         IN THE UNITED STATES DISTRICT COURT
9                           EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,                    CASE NO.  5:24-MJ-00031-CDB

12                         Plaintiff,            STIPULATION REGARDING EXCLUDABLE
                                                 TIME PERIODS UNDER SPEEDY TRIAL ACT;
13                 v.                            [PROPOSED] ORDER

14  JORGE NARVAEZ,                               DATE: May 27, 2025
                                                 TIME: 2:30 p.m.
15                         Defendant.            COURT: Hon. Christopher D. Baker

16

17       This case is set for a preliminary hearing on May 27, 2025.  The parties respectfully request the

18  Court continue the preliminary hearing to May 29, 2025, at 2:30 p.m.  *See e.g. United States v. Lewis,*

19  611 F.3d 1172, 1176 (9th Cir. 2010) (noting any pretrial continuance must be "specifically limited in

20  time"). The parties desire additional time to prepare for the preliminary hearing.

21                                       **STIPULATION**

22       Plaintiff United States of America, by and through its counsel of record, and defendant, by and

23  through defendant's counsel of record, hereby stipulate as follows:

24       1.       By previous order, this matter was set for a preliminary hearing on May 27, 2025.

25       2.       By this stipulation, defendant now moves to schedule the preliminary hearing on **May 29,**

26  **2025, at 2:30 p.m.** and to exclude time between May 27, 2025, and May 29, 2025.

27       3.       The parties agree and stipulate, and request that the Court find the following:

28            a)      Counsel for defendant desires additional time to consult with his client and

                                              1

1    conduct further investigation.

2          b)    Counsel for defendant has a conflict with the currently scheduled date of May 27,

3    2025.

4          c)    Counsel for defendant believes that failure to grant the above-requested

5    continuance would deny him the reasonable time necessary for effective preparation, taking into

6    account the exercise of due diligence.

7          d)    The government does not object to the continuance.

8          e)    Pursuant to F.R.Cr.P. 5.1(c) and (d), a preliminary hearing must be held "no later

9    than 14 days after initial appearance if the defendant is in custody," unless the defendant

10   consents and there is a "showing of good cause".  Here, the defendant consents and there is good

11   cause as set forth herein.

12         f)    Based on the above-stated findings, the ends of justice served by continuing the

13   case as requested outweigh the interest of the public and the defendant in an indictment or trial

14   within the original dates prescribed by the Speedy Trial Act.

15         g)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

16   et seq., within which an indictment must be filed and within which a trial must commence, the

17   time period of May 27, 2025 to May 29, 2025, inclusive, is deemed excludable pursuant to 18

18   U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at

19   defendant's request on the basis of the Court's finding that the ends of justice served by taking

20   such action outweigh the best interest of the public and the defendant in a speedy

21   indictment/trial.

22   4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

23   Speedy Trial Act dictate that additional time periods are excludable from the period within which an

24   indictment must be filed and a trial must commence.

25   IT IS SO STIPULATED.

26

27

28

2

Dated:  May 20, 2025                              MICHELE BECKWITH
                                                  Acting United States Attorney


                                                  /s/ ARIN C. HEINZ
                                                  ARIN C. HEINZ
                                                  Assistant United States Attorney


Dated:  May 20, 2025                              /s/ DAVID TORRES
                                                  DAVID TORRES
                                                  Counsel for Defendant
                                                  JORGE NARVAEZ


## ORDER ON STIPULATION

The COURT HEREBY ORDERS:

1) For the reasons set forth in the parties' stipulation, the Court finds pursuant to Fed. R. Crim. P 5.1(c) and (d) that there is good cause to continue the preliminary hearing in this matter to May 29, 2025, at 2:30 p.m

2) Accordingly, for good cause shown, the preliminary hearing is reset for May 29, 2025, at 2:30 p.m.

3) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which an indictment must be filed and within which a trial must commence, the time period of May 27, 2025 to May 29, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy indictment/trial.

IT IS SO ORDERED.

Dated:  **May 20, 2025**                          _____
                                                  UNITED STATES MAGISTRATE JUDGE

3